**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

WILLIAM J. HOLLOWAY, JR. UNITED STATES COURTHOUSE
N. W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA
COURTROOM NO. 502

**AMENDED**
CRIMINAL JURY DOCKET BEFORE JUDGE SCOTT L. PALK
**BEGINS TUESDAY, JUNE 12, 2018, 9:30 A.M.**

**PRETRIAL CONFERENCES WILL BE HELD:  JUNE 5, 2018**

PHOTO ID IS REQUIRED FOR <u>ANYONE</u> ENTERING THE FEDERAL COURTHOUSE.

PHOTO ID IS REQUIRED FOR <u>ANYONE</u> ENTERING THE FEDERAL COURTHOUSE.

**NOTICE TO ALL COUNSEL:** ANY MOTIONS TO CONTINUE AND/OR PLEA CHANGES **MUST** BE FILED AND/OR PRESENTED TO THE COURT **NO LATER THAN MONDAY, JUNE 4, 2018.**   The Court will conduct a Pretrial Conference, pursuant to Fed R. Crim. P. 17.1, on the date indicated above.  **By separate order, the parties will be notified of the designated time for their respective Pretrial Conference.**

| | | |
|---|---|---|
| **CR-18-28-SLP** | United States of America | Ashley L. Altshuler |
| | v. | |
| | Justin Robert Burgess (Custody) | Thomas B. Snyder |
| **CR-18-29-SLP**<br>(Interpreter) | United States of America | Matthew B. Dillon<br>Scott E. Williams<br>C. Alexandria Bogle |
| | v. | |
| | Naif Abdulaziz M. Alfallah (Custody) | Kenny R. Goza<br>Michael A. Abel |

| | | |
|---|---|---|
| **CR-18-65-SLP** | United States of America | Jacquelyn M.. Hutzell<br>Nicholas J. Patterson |
| | v. | |
| | Frederick Eugene Jenkins (Custody) | Paul A. Lacy |
| **CR-18-68-SLP** | United States of America | Jacquelyn M. Hutzell |
| | v. | |
| | Andrez Marcell Hall (Custody) | Paul A. Lacy |
| **CR-18-112-SLP** | United States of America | Nicholas J. Patters |
| | v. | |
| | Johnny Bernard Mathes | Kyle E. Wackenheim |