IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | Case No. CR-18-29-SLP |
| NAIF ABDULAZIZ M. ALFALLAJ, | ) |  |
| Defendant. | ) |  |

O R D E R

Before the Court is the Government's Application for Judicial Order of Removal [Doc. No. 45]. The Application was filed based on the parties' expectations regarding then-forthcoming pleadings. *See* Notice, Doc. No. 46. Accordingly, the Application is DENIED WITHOUT PREJUDICE as premature, with leave for the Government to resubmit the Application at an appropriate time if warranted.

IT IS SO ORDERED this 6th day of August, 2018.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE