# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>v. )<br> )<br>NAIF ABDULAZIZ M. ALFALLAJ, )<br>Defendant. ) | Case No. CR-18-29-SLP |

## DEFENDANT'S DISCOVERY STATUS REPORT

COMES NOW, Naif Abdulaziz Alfallaj, by and through his attorney of record, William H. Campbell, and submits to the Court his discovery status report in compliance with the scheduling order [doc. 58] previously filed in this case.

A general description, with itemization by descriptive categories, of the nature of the materials that have been produced to the Government and to Defendant, with attention specifically to the status of retrieval, processing, and production of electronically stored information:

Such materials include several hours of video/audio interviews with the defendant, numerous reports of investigation memorialized in FBI 302 reports, various official documents, passports, visas or forms and still photographic images have been produced to the defendant. The defendant has no such discovery to produce to the government. Access to the government provided discovery has been generally acceptable in terms of searchability and retreival. Where such issues have arisen they have been discussed by the parties and are being amicably resolved.

A general description, with itemization by descriptive categories, of the nature of the materials that the Government or Defendant intends to produce but has yet to produce with a statement of the intended "not later than" date of production date for

each category:

   At this time the defendant has no such items.

   A statement of the date by which the Government or Defendant anticipates that its/his production of discovery materials will be substantially complete, except as to (i) materials described in Federal Rule of Criminal Procedure 16(a)(1)(F)-(G) and (ii) materials which may be generated or obtained by the Government or by Defendant after the date of the report as a result of the Government's or Defendant's on-going activities in the case:

   As of the date of filing of this report, the Defendant has no such anticipation of any additional materials being produced to the Government. However, should such materials become known to and in the possession of the Defendant then said materials will be produced to the Government at the earliest practicable time.

Respectfully Submitted,

S/ *William H. Campbell*
William H. Campbell, OBA #1454
Attorneys for Defendant
925 N.W. Sixth Street
Oklahoma City, Oklahoma 73106
(405) 232-2953

**Kenny R Goza** OBA#20707
Goza Law Firm
101 Park Ave., Suite 460
Oklahoma City, OK 73102

**Michael A Abel** OBA#10614
Attorney at Law PLLC
PO Box 635
Cheyenne, OK 73628-0635

**Certificate of Service**
 I hereby certify that on September 13, 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to all ECF registrants appearing in this case, no non ECF parties are known to the Defendant at this time.

            S/ *William H. Campbell*
            William H. Campbell