**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>        Plaintiff, )<br>   )<br>vs.   ) | Case No.  CR-18-29-SLP |
|    )<br>NAIF ABDULLAZZIZ M. ALFALLAJ, )<br>   )<br>        Defendant. ) | |

**MINUTE SHEET OF PROCEEDINGS
SENTENCING HEARING**

| **Honorable Scott L. Palk, Presiding** | Marcia J. Davis, Deputy Clerk |
|---|---|
| Susan Fenimore, Court Report | U.S. Probation Officer Joel Vandruff |
| Interpreter – Nabil Salem | Date proceedings held: 10/3/19 @ 10:30 a.m.<br>Time in court: 2.5 Hours<br>Courtroom No. 304 |

| | |
|---|---|
| Appearance for Government:  Matthew B. Dillon | Appearance for Defendant:  William H. Campbell, Kenny R. Goza and Michael A. Abel |

**HEARING CONCLUDED**:     ☒ Yes;  ☐ No;
**Hearing Type:**     ☐ Sentencing Hearing – Contested;  ☐ Sentencing Hearing – Non Evidentiary;
**Held on count(s)**      1 and 3        of the         3          count:
☒ Indictment;  ☐ Information;  ☐ Superseding Indictment;  ☐ Second Superseding Information filed: 2/6/18

**Applicable Proceedings**:

| ☒ Sentencing held | ☒ Objections to the PSR heard | ☐ Plea Agreement accepted | ☐ Plea Agreement NOT accepted |
|---|---|---|---|
| ☐ Sentencing Guidelines | ☐ Downward Departure | ☐ Upward Departure | ☐ Settled/Guilty Plea |
| ☐ Witness Testimony heard | ☐ Evidence Entered | ☐ Other | |

**SENTENCING TEXT**:

☐      Defendant sentenced to a term of **PROBATION** for: _____ months;
☒      Defendant sentenced to a term of **IMPRISONMENT** to the Bureau of Prisons for a term of: 151 months total, 120 months as to Count 1 and 96 months as to Count 3;
☒      Counts      31 months of Count 3 to run consecutive to Count 1 with the remaining 65 months to run concurrently;;
☐      Defendant placed on a term of **SUPERVISED RELEASE** for a term of _____ years;
☐      Counts _____ to run ☐ concurrently; ☐ consecutive to each other;
☐      Additional **special conditions** imposed *(See judgment and commitment order for specifics)*;

**CRIMINAL MONETARY PENALTIES**:
- ☐ **Restitution** is ordered in the amount of:  $_____;
  - ☐ to be paid in installments ☐ due immediately;
- ☐ **Fine** imposed in the amount of $_____;
  - ☐ to be paid in installments ☐ due immediately;
- ☐ **JVTA Assessment** imposed in the amount of $_____;
  - ☐ to be paid in installments ☐ due immediately;
- ☒ $200.00 **special assessment** on Count(s) ___1 and 3___ due immediately;

**Government motions**:
- ☒ Count(s) __2__ dismissed on motion by the government;
- ☐ Order dismissing original indictment/information entered upon motion of the government;

**Custody Status**:
- ☐ Defendant ordered to surrender to the designated institution on _____;
- ☐ Defendant failed to appear, Bench Warrant issued;
- ☐ **Bond** ☐ **Continued**; ☐ **Revoked**;
- ☒ **Custody/Detention continued**;
- ☐ Defendant **REMANDED** to the Custody of the U.S. Marshal pending service of sentence;
- ☐ Court **recommends** incarceration at _____;
- ☐ Other recommendations by the court _____;

**Appeal status**:
- ☒ Defendant advised of their right to appeal;
- ☐ Defendant requests Clerk to enter notice of appeal;

*Other proceedings*:   See judgment and commitment order for sentencing specifics;   Court Adjourned.

*Revised minute-sentencing-January, 2017*